**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Patrick Cox v. Cara Cox

Appellate case number:    01-15-00063-CV

Trial court case number:  2013-21966

Trial court:              245th District Court of Harris County

Appellant, acting pro se, filed a motion to extend the mediation deadline by 60 days from the original March 27, 2015 deadline. Appellant informs the Court that mediation was conducted on March 23, 2015 and, although the parties did not reach agreement at that time, the mediator suggested that the matter remain open for further discussion.  Appellant's motion to extend the mediation deadline is **granted**. The court requests that the mediator file a status report regarding the mediation **within fourteen days of the date of this order**.

Further, appellant filed his opening brief on October 5, 2015 and appellee's brief was due on November 4, 2015. To date, appellee has neither filed her brief nor requested an extension of time. The Court may set this appeal for submission without an appellee's brief unless appellee files (1) a motion to extend time to file her brief or (2) her brief accompanied by a motion to extend time **within fourteen days of the date of this order**. *See* TEX. R. APP. P. 10.5(b), 38.6(d). If appellee does not intend to file a brief, appellee is requested to notify the Court within fourteen days of the date of this order so that the submission of the appeal will not be delayed.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                    ☑ Acting individually     ☐ Acting for the Court

Date: January 5, 2016